November 6, 2007

Honorable Harold Baer
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

    Re: United States v. Lorenzo Rodriguez et al
      S1 07 Cr. 699 (HB)

Dear Judge Baer:

  I represent the defendant Pedro Cabrera on the above matter.

  I received AUSA Todd Blanche's notification last night that you had changed the start of the trial of the above entitled matter from January 7, 2007 to January 4, 2007.

  At our conference on October 10th, I informed the court that my wife and I would be returning from a long planned vacation with our grandchildren on the evening of January 6th, and that I would be ready for trial on Monday January 7th. The Court at my request set the trial for January 7th.

  On October 30th, I received a fax from AUSA Blanche that you were considering moving the trial to January 14th and to notify him of any conflicts. I did not object because I was returning on January 6th. I cannot change plans at this late date and respectfully request the trial begin as previously set on the very next court date January 7th.

                                                          Respectfully,

                                                          Robert Blossner

RB/zt


CC:    Ira D. London, Esq.
        Attorney for Defendant Lorenzo Rodriguez
        Via Fax: (212) 683-9422

        Ellyn I. Bank, Esq.
        Attorney for Defendant Jose Carrasquillo
        Via Fax:  (212) 962-9696

        David Segal, Esq.
        Attorney for Defendant Demi Abriham
        Via Fax: (212) 571-0938

        Joan Palermo, Esq.
        Attorney for Defendant Bryant De Los Santos
        Via Fax:  (212) 750-8297

        AUSA Todd Blanche
        Via Fax:  (212) 637-2937