UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

UNITED STATES OF AMERICA                    S1 07 Cr. 699 (HB)

    - v -                                   NOTICE OF MOTION
                                            TO DISMISS


DEMI ABRIHAM, a/k/a "300,"
PEDRO CABRERA, a/k/a "Pete,"

                Defendants.
_____X

*S I R S:*

    **PLEASE TAKE NOTICE**, that upon the annexed joint affirmation of

**DAVID SEGAL**, attorney for defendant *DEMI ABRIHAM* and *ROBERT BLOSSNER,*

attorney for defendant *PEDRO CABRERA*, dated November 5, 2007, the

indictment and all prior proceedings, the undersigned, will move this

Court before the Honorable Harold Baer , United States District Judge

for the Southern District of New York, at the United States

Courthouse, 500 Pearl Street, New York, New York, November 19, 2007,

for an Order:

    *I.*  Dismissing the indictment on the grounds that the

outrageous conduct of the government violated the due process rights

of each defendant.

    *II.*  And for such other and further relief as the Court deems

just and proper.

Dated: New York, New York
       November5,2007

                              Yours, etc.


                              _____
                              *DAVID SEGAL, ESQ. (DS-5108)*
                              *Attorney for Defendant*
                              *DEMI ABRIHAM*
                              30 Vesey Street
                              New York, New York 10007
                              (212) 406-9200


                              _____
                              *ROBERT BLOSSNER, ESQ. (RB-0526)*
                              *Attorney for Defendant*
                              *PEDRO CABRERA*
                              30 Vesey Street
                              New York, New York 10007
                              (212) 571-0805


*TO:  CLERK*
      *United States District Court*
      *Southern District of New York*
      500 Pearl Street
      New York, New York 10007


      *TODD BLANCHE*
      *Assistant United States Attorney*
      *Southern District of New York*
      One St. Andrews Plaza
      New York, New York 10007


                              2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

UNITED STATES OF AMERICA                          S1 07 Cr. 699 (HB)

   - v -


                                                  JOINT ATTORNEY
DEMI ABRIHAM, a/k/a "300,"                         AFFIRMATION IN
PEDRO CABRERA, a/k/a "Pete,"                       SUPPORT OF
                                                  DEFENDANTS MOTION
                        Defendants.               TO DISMISS
_____X


    DAVID SEGAL and ROBERT BLOSSNER, attorneys duly licensed to
practice law in the Courts of the State of New York, affirm the truth
of the following under the penalty of perjury:

    1.   We are attorneys duly admitted to practice before this
Court.

    2.   We are fully familiar with the facts and circumstances of
this indictment and we make this affirmation in support of the within
motion to dismiss.

    3.   This affirmation is made upon information and belief based
on the indictment, prior discovery and other documents produced by
the government relating to each defendants arrest.

    4.   We make this motion jointly due to the, similarity of our
respective client's circumstances based upon the discovery to date
and for the purpose of judicial economy.

### *STATEMENT OF FACTS*

Defendants Demi Abriham and Pedro Cabrera hereby move this Court for an order dismissing the indictment against them.  The defendants set out the following facts in support of their Motion:

1.  The crimes alleged against the defendants were manufactured solely by the government, from start to finish.

2.   The conduct of the government in setting up a robbery of nonexistent cocaine from nonexistent Colombian narcotics traffickers, solely for the purpose of inducing the commission of a crime, was outrageous.

3.   The Due Process Clause of the Fifth Amendment to the United States Constitution guarantees that the Defendants will receive fundamental fairness in a criminal prosecution.

4.  The outrageous conduct of the government violated the due process rights of each defendant.

5.  The defendants are thus entitled to the dismissal of the indictment.

A Memorandum in Support of Defendant's Motion to Dismiss the Indictment has been filed together with this Motion and is incorporated into the Motion as if set forth herein

Respectfully submitted,


_____
**David Segal,Esq.(DS-5108)**
**Attorney for Defendant**
**Demi Abriham**
**30 Vesey Street,**
**New York, NY  10007**
**Telephone: (212) 406-9200**


_____
**Robert Blossner, Esq. (RB- 0526)**
**Attorney for Defendants**
**Pedro Cabrera**
**30 Vesey Street**
**New York, NY  10007**
**Telephone:  (212) 571-0805**

3

CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2007, I caused a true and correct copy of the foregoing:

1. **MOTION TO DISMISS WITH JOINT AFFIRMATION AND MEMORANDUM OF LAW**
together with the certificate  of service, to be served via the Court's Electronic Case File System and first class mail, upon the following person:

To:  **Todd Blanche**
     **Assistant U.S. Attorney**
     **One St. Andrews Plaza**
     **New York, NY 10007**


Dated:  November _____, 2007


_____
DAVID SEGAL

Ind. No.:    S1 07 Cr. 699    Year    RJI No.:                    Hon:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

DEMI ABRIHAM, a/k/a "300,"
PEDRO CABRERA, a/k/a "Pete,"

       Defendants

---

MOTION TO DISMISS WITH AFFIRMATION AND MEMORANDUM OF LAW

**DAVID SEGAL and ROBERT BLOSSNER**
Attorney for Defendants
Office & Post Office Address, Telephone
**30 VESEY STREET**
**NEW YORK, N.Y. 10007**
**(212) 406-9200/ (212)571-0805**

---

To:                                      Signature (Rule 130-1.1-a)


_____
Print name beneath                    Attorney(s) for


Service of a copy of the within          is hereby admitted.
Dated,

_____
                                      Attorney(s) for

Please take notice
⌐NOTICE OF ENTRY
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within names court on
⌐ NOTICE OF SETLEMENT
that an order of which the within is a true copy will be presented for settlement
to the HON.
one of the judges of the within names court, at
on

                    Yours, etc.
                    DAVID SEGAL and ROBERT BLOSSNER
To:                                      Attorney for Defendant
                    Office & Post Office Address
Attorney(s) for:                         **30 VESEY STREET**
                    **NEW YORK, NY 10007**