UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :    **INFORMATION**

         - v. -                 :    S6 07 Cr. 699 (HB)

PEDRO CABRERA,                  :

             Defendant.      :

- - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #. _____
DATE FILED: JAN 1 5 2008

COUNT ONE

     The United States Attorney charges:

     1.   On or about June 27, 2007, in the Southern District of New York and elsewhere, PEDRO CABRERA, the defendant, unlawfully, willfully, and knowingly, having knowledge of the actual commission of a felony cognizable by a court of the United States, did conceal and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, to wit, CABRERA knew that a drug trafficking conspiracy offense had been committed, and did not report that crime.

     (Title 18, United States Code, Section 4.)

COUNT TWO

     The United States Attorney further charges:

     2.   On or about June 27, 2007, in the Southern District of New York, PEDRO CABRERA, the defendant, unlawfully, willfully, and knowingly did use and carry a firearm, and aided and abetted the use and carrying of a firearm, during and in

relation to a drug trafficking crime for which he may be

prosecuted in a court of the United States, to wit, the attempted

distribution and possession with intent to distribute narcotics,

and did possess, and aided and abetted the possession of, a

firearm in furtherance of that crime.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.)


MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

PEDRO CABRERA,

Defendant.

**INFORMATION**

S6 07 Cr. 699 (HB)

(18 U.S.C. §§ 2, 4, 924(c).)

MICHAEL J. GARCIA
United States Attorney.

1/15/08- Waiver of Indictment and Information filed. Deft present with atty Robert B. Lassner AUSA Todd Blanche present. Ct. rpt present. Deft withdraws plea of not guilty and pleads guilty as charged in S6 07cr 699. Court accepts plea of guilty, PSI ordered, sentence set for 4/17/08 at 10 A.M. Bail cont'd as set.

Bro J.