**ROBERT BLOSSNER**
*ATTORNEY AT LAW*

```
APR 14 2008
      BAER
U.S. DISTRICT JUDGE
     S.D.N.Y.
```

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08
```

30 Vesey Street • New York, New York 10007
(212) 571-0805
Fax (212) 571-0938

April 14, 2008

Via Fax: 212-805-7901
Honorable Harold Baer
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

     Re: United States v. Pedro Cabrera
        07-CR-699 (HB)

Dear Judge Baer:

  I represent the defendant Pedro Cabrera who is to be sentenced on April 17, 2008.

  I respectfully request an adjournment of the sentence to June 18, 2008, or thereafter so that my client may continue to help his father and mother resettle in Florida. While I have been able to review the PSI with my client, this request is also being made in order that I may be able to further prepare a sentence memorandum with my client.

  My client has been unable to devote adequate time to help me because he has been in the midst of helping his father who is quite ill, and with whom he resides to dispose of his business, and move to Florida where he will be residing to be near other family members while the defendant is incarcerated.

  I have consulted with AUSA Todd Blanche who has authorized me to inform this Court that he consents to my request for an adjournment.

  Thank you.

                 Respectfully,

                 Robert Blossner

RB/al

cc. AUSA Todd Blanche

*[Handwritten notation:]* 6/12/08 at 10:45 AM no more adjourn[ments]

*[Signed:]* Harold Baer, Jr.
Date: 4/15/08